**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-7090**
_____

DONALD DURRANT FARROW,

                   Plaintiff - Appellant,

         v.

CITY OF DURHAM; LT. R.O. BUCHANAN, Durham County Sheriff's
Department; L. W. CONVERSE, Detective, Durham County Sheriff's Department;
CLERK OF SUPERIOR COURT, Durham County; CHIEF DEPUTY, Durham
County Sheriff's Department; THOMAS J. BONFIELD, City Manager, Durham
County,

                   Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Louise W. Flanagan, District Judge.  (5:18-ct-03304-FL)

_____

Submitted:  December 17, 2019                    Decided:  December 20, 2019

_____

Before KING, FLOYD, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Donald Durrant Farrow, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Durrant Farrow appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Farrow v. City of Durham*, No. 5:18-ct-03304-FL (E.D.N.C. July 2, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*